

**IT IS ORDERED as set forth below:**

**Date: March 16, 2016**

_____

**Barbara Ellis-Monro
U.S. Bankruptcy Court Judge**

_____

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| In re: ) | Chapter 13 |
| GWENDOLYN LORITA MARTIN, ) | Case No. 15-56724-BEM |
| Debtor. ) | |
| APRIL MARTIN AS THE SUCCESSOR ADMINISTRATOR OF THE PROBATE ESTATE OF WILLIAM C. MARTIN ) | |
| Plaintiffs, ) | Adv. Proc. No. 15-05283 |
| v. ) | |
| GWENDOLYN LORITA MARTIN, ) | |
| Defendant. ) | |

## **ORDER AND JUDGMENT**

By consent of the parties as reflected in the signature of counsel below, it is hereby

ORDERED, ADJUDGED, AND DECREED that Judgment is entered in favor of the Plaintiff APRIL MARTIN AS THE SUCCESSOR ADMINISTRATOR OF THE PROBATE ESTATE OF WILLIAM C. MARTIN against the Defendant GWENDOLYN LORITA MARTIN in the amount of $32,331.13 plus interest at the judgment rate arising out of the June 10, 2014 Judgment against Gwen Martin requiring her to repay to the estate of her deceased husband $30,886.85 as set forth on Exhibit A hereto, with such interest to be calculated as of April 10, 2015; and it is further

ORDERED, ADJUDGED, AND DECREED that the Judgment entered in favor of the Plaintiff and against the Defendant is nondischargeable pursuant to 11 U.S.C. §§ 1328(a)(2) and 523(a)(4).

**Prepared and Presented by,**

ALSTON & BIRD, LLP
s/ Grant T. Stein
Grant T. Stein (Bar No. 677835)
1201 West Peachtree Street
Atlanta, GA 30309
Telephone: (404) 881-7000
Facsimile: (404) 881-7777
E-mail: grant.stein@alston.com
Attorney for April Martin as the Successor Administrator
of the Probate Estate of William C. Martin


**Stipulated and agreed to by:**

Gwen L. Martin

THE SEMRAD LAW FIRM, LLC
s/ Nicole B. Holtzapple
Georgia Bar #940598
*With express permission*

- 2 -

**EXHIBIT A**

Case 15-05283-bem    Doc 12    Filed 03/16/16    Entered 03/16/16 13:41:38    Desc Main
                Document      Page 4 of 6
Case 15-56724-bem    Doc 44    Filed 07/07/15    Entered 07/07/15 14:22:24    Desc Main
                Document      Page 10 of 42
Case 15-56724-bem    Doc 27    Filed 06/02/15    Entered 06/02/15 11:14:03    Desc Main
                Document      Page 6 of 95

IN THE SUPERIOR COURT OF GWINNETT COUNTY
STATE OF GEORGIA

FILED IN OFFICE
CLERK
GWINNETT
2014 JUN 10 AM 9: 58
RICHARD ALEXANDER, CLERK

| | |
|---|---|
| HERBERT L. MCGREW and MCGREW & ASSOCIATES, INC. | ) ) ) |
| Plaintiffs, | ) ) CIVIL ACTION FILE ) NO. 13A 04596-5 |
| vs. | ) ) |
| LIBERTY INSURANCE CORPORATION a/k/a LIBERTY MUTUAL and GWENDOLYN MARTIN, individually and as administrator of the Estate of William Martin | ) ) ) ) ) |
| Defendants. | ) ) |

## ORDER AND FINAL JUDGMENT

The Court held a duly-noticed final hearing on June 10, 2014 on Plaintiff's remaining claims. Following the entry of default against Ms. Martin and the dismissal of Liberty Insurance Corporation, two issues remain: Plaintiffs' claims for attorneys fees against Ms. Martin under O.C.G.A. § 13-6-11 and Plaintiffs' fraudulent transfer claim against Ms. Martin. Having fully considered the evidence and the argument of the parties, the Court rules as follows.

The Court GRANTS judgment to Plaintiffs against Gwendolyn Martin on the claim for attorneys fees and expenses under O.C.G.A. § 13-6-11 in the amount of $14,126.69. The Court GRANTS judgment to Herbert McGrew against Gwendolyn Martin on the claim for fraudulent transfer. The Court avoids the transfer from the Estate of William Martin to Ms. Martin individually, in the amount of $30,886.85. The Court grants a constructive trust on the funds. The Court further ORDERS Ms. Martin to repay

Case 15-05283-bem   Doc 12   Filed 03/16/16   Entered 03/16/16 13:41:38   Desc Main
Document   Page 5 of 6
Case 15-56724-bem   Doc 44   Filed 07/07/15   Entered 07/07/15 14:22:24   Desc Main
Document   Page 11 of 42
Case 15-56724-bem   Doc 27   Filed 06/02/15   Entered 06/02/15 11:14:03   Desc Main
Document   Page 7 of 95

the $30,886.85 to the Estate within 30 days of this entry of this Order and Final Judgment.

This ___ day of June, 2014.

The Honorable Karen E. Beyers
Superior Court of Gwinnett County

Presented by:

/s/ T. Brandon Welch
T. Brandon Welch
Georgia Bar No. 152409
Attorney for Plaintiffs

Graham & Jensen, LLP
17 Executive Park Drive
Suite 115
Atlanta, Georgia 30329
Telephone (404) 842-9380
Facsimile (678) 904-3110

2

**Distribution list:**

Gwendolyn L. Martin
2950 Kayla Court
Atlanta, Georgia 30349

Grant T. Stein
1201 West Peachtree Street
Atlanta, GA 30309
E-mail: grant.stein@alston.com
Attorney for April Martin as the Successor Administrator
of the Probate Estate of William C. Martin.

Nicole B. Holtzapple
Robert J. Semrad & Associates, LLC
101 Marietta Street, NW, Suite 3600
Atlanta, GA 30303
Attorney for the Debtor, Gwendolyn Lorita Martin

Mary Ida Townson
Albert C. Guthrie
Sonya M. Buckley
191 Peachtree Street, NE, Suite 2200
Atlanta, GA 30303-1740
Attorney for the Chapter 13 Trustee, Mary Ida Townson

2